UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS HEALTH & WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAGE ELECTRIC, INC.,<br><br>Defendant. | Case No.: 14-CV-05412-LHK<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

Plaintiffs filed the instant lawsuit on December 10, 2014, ECF No. 1, and a copy of the summons and complaint was served on Defendant on December 17, 2014, ECF No. 9. Under the Federal Rules of Civil Procedure, Defendant's answer was due on January 7, 2015. As of today, March 23, 2015, Defendant has not filed an answer to Plaintiffs' complaint. On March 20, 2015, the Clerk's office entered default against Defendant. ECF No. 12.

According to Plaintiffs' case management statement submitted on March 18, 2015, Plaintiffs expect to receive the final settlement check of $6,026.25 from Defendant "before the Case Management Conference scheduled for March 25, 2015." ECF No. 11 at 2. Upon receiving

1  this check, Plaintiffs say they "expect to dismiss this suit." *Id.*  As of now, the Court has received
2  no further update.
3        Accordingly, the Court hereby ORDERS the parties to file a stipulation of dismissal by
4  6:00 p.m. tomorrow, March 24, 2015, or a joint statement explaining why the parties have not yet
5  done so and when the parties intend to do so.  If no stipulation of dismissal is filed by the
6  aforementioned deadline, the parties should plan on appearing for the initial case management
7  conference scheduled for March 25, 2015, at 2:00 p.m.
8  **IT IS SO ORDERED.**

10 Dated: March 23, 2015

                                                        LUCY H. KOH
                                                        United States District Judge

2

Case No.: 14-CV-05412-LHK
ORDER RE STIPULATION OF DISMISSAL